IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN BRIAN HILTZ,<br><br>Defendant. | CR 22–10–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 26.) Hiltz has been adjudged guilty as charged in Count I of the Indictment. (Doc. 29.) As such, there is a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

IT IS ORDERED THAT Hiltz's motion (Doc. 26) is GRANTED.

IT IS FURTHER ORDERED that Hiltz's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 26 U.S.C. § 5872.

- Glock, model 43, 9mm pistol, serial number BFUE091;
- Marlin, model 1895SS, 45-70 caliber rifle, serial number 02079139;
- Browning, model X-Bolt, .28 caliber rifle, serial number 30090ZN354;

- 3D printed silencer with no serial number; and
- Ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States shall provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d); 26 U.S.C. § 5872; and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, and this Order is incorporated into any judgment entered into this matter, pursuant to Rule 32.2(b)(4)(B).

DATED this 18th day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

2