IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN BRIAN HILTZ, Defendant. | CR 22–10–BU–DLC ORDER |

Before the Court is the United States' Unopposed Motion to Vacate Forfeiture Allegation. (Doc. 32.) The United States represents any property at issue in this matter has been administratively forfeited. (*Id.*) Hiltz does not object. (*Id.*)

Accordingly, IT IS ORDERED the motion (Doc. 32) is GRANTED and the forfeiture allegation in this matter is DISMISSED with prejudice.

DATED this 27th day of July, 2022.

Dana L. Christensen, District Judge
United States District Court

1