IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN BRIAN HILTZ,<br><br>Defendant. | CR 22-10-BU-DLC<br><br>ORDER |

On October 3, 2025, Defendant Jonathan Brian Hiltz appeared before the Court for his initial appearance on a petition alleging he violated conditions of his supervised release. For the reasons stated in open court,

IT IS ORDERED that Defendant is released subject to the same conditions pending further proceedings.

DATED this 3rd day of October, 2025.

Kathleen L. DeSoto
United States Magistrate Judge

1